UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 2:11-cr-380-LRH-CWH |
| JAMES ROBBINS, | ) ) | |
| Defendant. | ) ) | **ORDER** |

On October 25, 2012, the court granted the Federal Public Defender's "Ex-Parte Motion to Withdraw and Appointment of New Counsel" (#41) and new counsel was ordered appointed (#44). Therefore;

IT IS HEREBY ORDERED that Randall J. Roske, Esq. is appointed as counsel for James Robbins in place of the Federal Public Defender for all future proceedings.

IT IS FURTHER ORDERED that the Federal Public Defenders shall forward the file to Mr. Roske forthwith.

DATED this 1st day of November, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE