UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-00380-LRH-CWH |
| Plaintiff, | ) | |
| v. | ) | MINUTE ORDER |
| JAMES ARTHUR ROBBINS, | ) | |
| | ) | May 8, 2013 |
| Defendant. | ) | |

PRESENT: <u>THE HONORABLE LARRY R. HICKS</u>, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: <u>NONE APPEARING</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS**:

Before the court is the Defendant's Motion to Withdraw Guilty Plea (#51)[1] and the Government's Response (#52).

The court has carefully reviewed the Defendant's Motion and the Government's Response, as well as the transcript of Defendant's Change of Plea (#49). Good cause appearing,

The Defendant's Motion to Withdraw Guilty Plea (#51) is **DENIED**. A written order setting forth the Court's reasons will follow. Due to a pending trial in Reno, the current sentencing scheduled for Wednesday, May 29, 2013, at 2:30 pm in Las Vegas is **VACATED** and is **RESCHEDULED** for Wednesday, June 5, 2013 at 2:00 pm in a Las Vegas courtroom to be determined.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By: <u>   /s/   </u>
Deputy Clerk

---

[1] Refers to court's docket number.